AO 91 (Rev. 11/11)  Criminal Complaint

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 17 2024

MITCHELL R. ELFERS
CLERK OF COURT

# UNITED STATES DISTRICT COURT
### for the
District of New Mexico

United States of America )
v. )
Sarah FOSTER )    Case No. 24-1504MJ
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 3, 2024___ in the county of ___Dona Ana___ in the District of ___New Mexico___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | - Convicted of a crime punishable by imprisonment for a term exceeding one year and knowingly possessed a firearm and/or ammunition |
| 21 U.S.C § 841(a)(1) | - Possessed with intent to distribute a schedule II controlled substance |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Neal Anglin / ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.
- by telephone.  JHR

Date: 10/17/24

_____
*Judge's signature*

City and state: ___Las Cruces, NM___

Jerry H. Ritter, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Neal Anglin, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I submit this affidavit in support of a criminal complaint and arrest warrant for Sarah FOSTER ("FOSTER" hereinafter) who is a convicted felon and knowingly possessed a firearm and/or ammunition in violation of 18 U.S.C. § 922(g)(1), and possessed with intent to distribute fentanyl and methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C § 841(1).

2.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since August 2022. Prior to my appointment with the ATF, I was a sworn law enforcement officer in the Commonwealth of Virginia for over nine (9) years, the last three of which I was assigned to the Special Investigations Bureau, Narcotics Unit.  I am currently assigned to the Las Cruces Field Office, an enforcement group responsible for investigating violent crime, gangs, armed drug trafficking, and other firearm related violations. In my capacity as a law enforcement officer, I have investigated individuals for the illegal possession and use of firearms, illegal possession and distribution of controlled substances, and for commission of violent crimes.  Many of these investigations involved the execution of search warrants and led to the arrest and conviction of individuals for violations of federal and state laws.

3.     I have been involved in an ongoing investigation relating to a felon in possession of a firearm and/or ammunition, in violation of 18 U.S.C. § 922(g)(1) and the distribution of controlled substances in violation of 21 U.S.C. § 841(a)(1), in and around Las Cruces, New

Mexico. I, as well as other Special Agents with ATF, and law enforcement officials from other agencies have obtained information regarding the illegal drug trafficking activities of Sarah FOSTER.

4.    I make this affidavit based upon my own personal knowledge, which is substantially derived from my participation in the investigation, as well as that of fellow agents and law enforcement officers who have participated in the investigation. In addition, information in this affidavit was obtained with the assistance of a Confidential Informant (CI), whom law enforcement has interviewed regularly since November 2023. Law enforcement used several means to corroborate the information provided by the CI, including physical surveillance, audio and video surveillance, recordings, and documents. The CI has provided information and cooperated in the investigation for consideration regarding potential charges. The CI has not received monetary payment for providing information in connection with this case and other cases in the past.

5.    This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and is not intended to include each and every fact and matter observed by me or known to the government.

### PROBABLE CAUSE

6.    In December 2023, the CI reported to ATF Special Agents that FOSTER was an armed narcotics distributor of Methamphetamine in the Las Cruces, NM area. The CI stated FOSTER is a convicted felon and had talked about possessing firearms. The CI provided a telephone number that he/she used to contact FOSTER. A check of law enforcement databases revealed the telephone number provided returned to FOSTER.

7.    During the week of December 17, 2023, at the direction of law enforcement, the

2

CI exchanged text messages and phone calls with FOSTER to arrange the purchase of methamphetamine. During that week a controlled purchase of methamphetamine was conducted with FOSTER utilizing the CI and an ATF Special Agent in an undercover capacity (UC). The CI and UC were provided with a transmitting/recording device and official buy money. Prior to the operation the CI was searched, and no contraband was located. The UC and CI travelled to the area of Walmart located at 571 Walton Blvd, Las Cruces, NM 88001, to meet with FOSTER. When the UC and CI arrive, FOSTER exited her vehicle and entered into the UC vehicle. FOSTER distributed suspected methamphetamine to the UC and CI and the UC gives FOSTER the $200 of official buy money. After the deal is concluded, FOSTER exits the UC vehicle and departs the area in her vehicle. The suspected methamphetamine was sent to the DEA lab and tested positive for methamphetamine with a total net weight of 13.67 grams.

8.      During the week of January 7, 2024, at the direction of law enforcement, the CI exchanged text messages and phone calls with FOSTER to arrange the purchase of methamphetamine. During that week a controlled purchase of methamphetamine was conducted with FOSTER utilizing the CI and an ATF Special Agent in an undercover capacity (UC). The CI and UC were provided with a transmitting/recording device and official buy money. Prior to the operation the CI was searched, and no contraband was located. Surveillance was established at FOSTER's residence prior to the deal. The UC and CI travelled to the area of Walmart located at 571 Walton Blvd, Las Cruces, NM 88001, to meet with FOSTER. The CI exited the UC vehicle and conducted the transaction in FOSTER's vehicle. FOSTER distributed suspected methamphetamine to the CI and the CI provided FOSTER with $600 of official buy money. After the deal is concluded, FOSTER departs the area in her vehicle. The suspected methamphetamine was sent to the DEA lab and tested positive for methamphetamine with a total

3

net weight of 48 grams.

9.      During the week of March 24, 2024, at the direction of law enforcement, the CI exchanged text messages and phone calls with FOSTER to arrange the purchase of methamphetamine. During that week a controlled purchase of methamphetamine was conducted with FOSTER utilizing the CI.  The CI was provided with a transmitting/recording device and official buy money.  Prior to the operation, the CI and CI'S vehicle was searched, and no contraband was located.  The CI travelled to FOSTER's residence to meet with FOSTER.  When the CI arrived, FOSTER was departing her residence in a vehicle.  FOSTER told the CI she had to go to meet with someone at the Circle K and advised the CI to meet her at a location near the Circle K.  FOSTER and the CI departed FOSTER's residence and the CI drove to the area of 2701 Missouri Ave, Las Cruces, NM 88011.  FOSTER was followed to the Circle K located at 1770 S Telshor Blvd, Las Cruces, NM 88011.  Surveillance was unable to observe who FOSTER met with.  FOSTER departed the Circle K and drove to meet the CI.  When FOSTER arrived, the CI exited their vehicle and entered FOSTER's vehicle.  FOSTER distributed suspected methamphetamine to the CI and CI provided FOSTER the $200 of official buy money.  During the transaction FOSTER showed the CI a handgun that was in the center console.   After the deal is concluded, FOSTER departs the area in her vehicle.  The suspected methamphetamine was sent to the DEA lab and tested positive for methamphetamine with a total net weight of 13.83 grams.

10.      On April 3, 2024, ATF Special Agents and New Mexico State Police Agents executed a federal search warrant at Sarah FOSTER's residence located at 2801 Claude Dove Dr, Las Cruces, NM 88011.  A search warrant was also executed for FOSTER's vehicle (2023 Nissan Frontier with NM plate 486XCY) which was located on the premise.  FOSTER was

4

detained at the residence without incident and two other occupants were located at the residence.

11.    During the search of FOSTER's residence law enforcement located a black backpack in the garage that contained a Glock, Model: 43X, 9mm pistol with serial number AHSW115, round blue pills with "M" and "30" imprinted on the pills containing fentanyl (net weight of 60.35 grams), Plastic bag containing cocaine (total net weight of 7.5 grams), Ziploc bag containing methamphetamine (net weight of 83.3 grams), and a digital scale. The items were submitted to the DEA which confirmed the presence of Fentanyl, methamphetamine, and cocaine in the items collected from the black backpack.

12.    In the master bedroom of FOSTER's residence, law enforcement located a Smith & Wesson, Model: M&P M2.0, 40 caliber pistol with serial number NKN5651 and a Marlin Firearms Co, Model: 60, 22 caliber rifle with serial number 22492875 (suspected weapon made from rifle) inside of the closet.   In that same closet was a black sling bag that contained a plastic shopping bag and trash bag with round blue pills with "M" and "30" imprinted on the pills containing fentanyl (total net weight of 1146 grams), plastic bag containing methamphetamine (total net weight of 197.4 grams), and plastic bag containing cocaine (total net weight of 41.01 grams). The items were submitted to the DEA which confirmed the presence of Fentanyl, methamphetamine, and cocaine in the items collected from the black sling bag. United States currency was also located in the master bedroom that included official buy money that law enforcement utilized to purchase methamphetamine from FOSTER on a controlled purchase.

13.    FOSTER was interviewed at the residence in a government vehicle and was advised of her Miranda Rights prior to questioning. FOSTER stated she lived at the residence for 2 years and identified the master bedroom as her room. FOSTER advised law enforcement would find approximately 10,000 pills and methamphetamine in the black bag inside of her

5

closet. Foster stated there was also a backpack in the garage that would have pills, methamphetamine, and cocaine. FOSTER stated the pills contain fentanyl.

14.     During the interview, FOSTER admitted to distributing methamphetamine and fentanyl pills. FOSTER stated she had been selling Fentanyl pills for about the past month and half and stated she has been selling methamphetamine for 6 months.

15.     FOSTER advised there was a handgun (Glock 43X) in the black backpack with the drugs that was located in the garage and a pistol (Smith & Wesson M&P) in her closet. FOSTER was asked about the rifle (Marlin Firearms Co, Model: 60) located in her closet and she stated she thought it was a BB gun.

16.     FOSTER admitted to being convicted for felony offenses and stated she had someone purchase the Glock pistol located in the backpack, because she could not buy one for herself.

17.     Based on my training, experience, and consultation with other trained Special Agents of the ATF, it is my understanding that the Glock, Model: 43X, 9mm pistol with serial number AHSW115 was manufactured in Georgia. The Smith & Wesson, Model: M&P M2.0, 40 caliber pistol with serial number NKN5651 was manufactured in Massachusetts, Maine, or Connecticut. The Marlin Firearms Co, Model: 60, 22 caliber rifle with serial number 22492875 was manufactured in Connecticut. Therefore, the firearms had traveled in interstate commerce in order to be present in the state of New Mexico

18.     SA Anglin reviewed documents relating to FOSTER's criminal history and learned FOSTER was previously convicted of the following felony offenses:

    a.  Possession of a controlled substance with intent to manufacture, dispense, sell, or distribute schedule 2 (2002)

6

    b.  Forgery-check / commercial instrument (2002)

    c.  Possession of a controlled substance with intent to manufacture, dispense, sell, or distribute schedule 2 (2003)

    d.  Forgery-check / commercial instrument (2004)

    e.  Forgery-check / commercial instrument (2011)

    f.  Identity Theft (2012)

    g.  The Colorado Organized Crime Act (COCCA) – Pattern of racketeering (2012)

19.    These violations occurred in Las Cruces, County of Dona Ana, in the District of New Mexico.

## CONCLUSION

20.    Based upon the foregoing, I submit there is probable cause to believe that on April 3, 2024, within the District of New Mexico, FOSTER knowingly possessed a firearm and/or ammunition in violation of 18 U.S.C. § 922(g)(1), and possessed with intent to distribute fentanyl and methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C § 841(1).

Respectfully submitted,

Neal Anglin
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Subscribed and sworn to before me on October 17 , 2024.

The Honorable Jerry H. Ritter
United States Magistrate Judge

7