AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Sarah FOSTER

Defendant

)
)
)
)
)
)
)

Case No.  24-1504 MJ

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Sarah FOSTER                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment        ❐ Superseding Indictment        ❐ Information        ❐ Superseding Information        ☑ Complaint

❐ Probation Violation Petition        ❐ Supervised Release Violation Petition        ❐ Violation Notice        ❐ Order of the Court

This offense is briefly described as follows:

- Convicted of a crime punishable by imprisonment for a term exceeding one year and knowingly possessed a firearm and/or ammunition

- Possessed with intent to distribute a schedule II controlled substance

Date:      10/17/2024

City and state:     Las Cruces, NM

*Issuing officer's signature*

Jerry H. Ritter, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/18/2024, and the person was arrested on *(date)* 10/18/2024 at *(city and state)* Las Cruces, NM . |

Date: 10/21/2024

*Arresting officer's signature*

Neal Anglin / ATF Special Agent
*Printed name and title*