IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**

UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 2 6 2025

MITCHELL R. ELFERS
CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25-2343 MIS |
| | ) | |
| vs. | ) | Count 1 and Count 5: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi): Possession with Intent to Distribute 400 Grams and More of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide); 18 U.S.C. § 2:  Aiding and Abetting. |
| **SARAH FOSTER,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | Count 2 and Count 6: 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii): Possession with Intent to Distribute 50 Grams and More of Methamphetamine; 18 U.S.C. § 2: Aiding and Abetting. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Count 3: 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| | ) | |
| | ) | |
| | ) | |
| | ) | Count 4: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm. |
| | ) | |

INFORMATION

The United States Attorney charges:

<u>Count 1</u>

On or about April 3, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **SARAH FOSTER**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the violation involved a mixture and substance containing 400 grams and more of a detectable amount of fentanyl (n-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi), and 18 U.S.C. § 2.

## Count 2

On or about April 3, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **SARAH FOSTER**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the violation involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), and 18 U.S.C. § 2.

## Count 3

On or about April 3, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **SARAH FOSTER**, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, possession with intent to distribute 400 grams and more of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) as charged in Count 1 of this information, and possession with intent to distribute 50 grams and more of methamphetamine as charged in Count 2 of this information, and in furtherance of such crimes, knowingly possessed a firearm.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(i).

## Count 4

On or about April 3, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **SARAH FOSTER**, knowingly possessed a firearm, in and affecting commerce, having previously been convicted of at least one felony crime punishable by imprisonment for a term exceeding one year, specifically:

(1) pattern of racketeering,

(2) forgery,

(3) ID theft,

(4) forgery, and

(5) ID theft,

and knowing that she had been convicted of such crimes.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## Count 5

On or about October 18, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **SARAH FOSTER**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the violation involved a mixture and substance containing 400 grams and more of a detectable amount of fentanyl (n-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi), and 18 U.S.C. § 2.

## Count 6

On or about October 18, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **SARAH FOSTER**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the violation involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), and 18 U.S.C. § 2.

## FORFEITURE

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846 or 841, **SARAH FOSTER**, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

3

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **SARAH FOSTER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm involved in the commission of the offense.

The property to be forfeited includes, but is not limited to, the following:

a. Glock, Model 43X, 9mm pistol bearing serial number AHSW115;

b. Smith and Wesson, Model M&P M2.0, 40 caliber pistol bearing serial number NKN5651; and

c. Marlin Firearms Co., Model 60, 22 caliber rifle bearing serial number 22492875.

RYAN ELLISON
United States Attorney

_____
MARIA Y. ARMIJO
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304 – Tel.
(575) 522-2391 – Fax